THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RANDALL S. ANDERSON AND
SUSAN ANDERSON                                                                                  PLAINTIFFS

v.                           Case No. 4:22-cv-00270-KGB
                             Case No. 4:20-md-2949 KGB

WRIGHT MEDICAL TECHNOLOGY, INC.                                                  DEFENDANT

## ORDER

Before the Court is the parties' notice of voluntary dismissal (Dkt. No. 4). The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice and dismisses the action with prejudice as to Randall S. and Susan Anderson, with each party to bear its own costs and fees.

It is so ordered this 26th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge